UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BEVERLEY C. SALAHUDDIN THOMPSON, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:23-cv-02094-TWP-MKK ) |
| THE TRUSTEES OF INDIANA UNIVERSITY, et al | ) ) ) ) |
| Defendants. | ) |

## ORDER

This matter came before the Court upon Plaintiff's Motion to Extend or Confirm the Deadline to Serve Complaint on Defendant Kwan J. Wallace, Dkt. [23]. Plaintiff seeks to confirm the deadline to serve Defendants is February 19, 2024. Shortly after Plaintiff's motion was filed, Defendants filed a notice concurring that February 19, 2024 is Plaintiff's deadlines. (Dkt. 24). Furthermore, Plaintiff has filed a return of service for Mr. Wallace. (Dkt. 30). As Plaintiff has received the relief requested in her motion without Court intervention, her motion at Dkt. [23] is DENIED AS MOOT.

SO ORDERED

Date: 1/24/2024

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-Registered Counsel of Record