# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| BEVERLEY C. SALAHUDDIN THOMPSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE TRUSTEES OF INDIANA UNIVERSITY, ) <br> GUNNAR ORTLIEB In his official capacity, ) <br> BRAD SEIFERS In his official capacity, ) <br> W. QUINN BUCKNER In his official capacity, ) <br> CINDY LUCCHESE In her official capacity, ) <br> CATHY LANGHAM In her official capacity, ) <br> MICHAEL J. MIRRO In his official capacity, ) <br> JEREMY A. MORRIS In his official capacity, ) <br> J. TIMOTHY MORRIS In his official capacity, ) <br> KYLE S. SEIBERT In his official capacity, ) <br> DONNA B. SPEARS In her official capacity, ) <br> VIVIAN WINSTON In her official capacity, ) <br> KWAN J. WALLACE In his official capacity, ) <br> JOSHUA A. EAL In his official capacity, ) <br> ) <br> Defendants. ) | Case No. 1:23-cv-02094-TWP-MKK |

## ORDER DENYING MOTION FOR ORAL ARGUMENT

This matter is before the Court on Plaintiff Beverley C. Salahuddin Thompson's ("Thompson") Motion for Oral Argument on Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (Filing No. 144). The Court, having reviewed the motion to dismiss and the parties' briefs, determines that oral argument is not necessary to decide the Defendants' motion. Therefore, Thompson's Motion is **DENIED**.

**SO ORDERED.**

Date: 12/17/2024

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

DISTRIBUTION:

Sandra L. Blevins
Betz & Blevins
sblevins@betzadvocates.com

Courtney E. Endwright
BETZ & BLEVINS
cendwright@betzadvocates.com

Amanda Jane Gallagher
Barnes & Thornburg LLP
Amanda.Gallagher@btlaw.com

Jamie A. Maddox
BETZ & ASSOCIATES
jmaddox@betzadvocates.com

John R. Maley
BARNES & THORNBURG, LLP (Indianapolis)
jmaley@btlaw.com

Charity Seaborn
Barnes & Thornburg LLP
Charity.Seaborn@btlaw.com