IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BEVERLEY C. SALAHUDDIN THOMPSON, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | Cause No. 1:23-cv-02094-TWP-MKK |
| THE TRUSTEES OF INDIANA UNIVERSITY, et al., | ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S INDEX OF PUBLIC EXHIBITS IN SUPPORT OF
PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR
SANCTIONS AGAINST DEFENDANTS FOR SPOLIATION OF EVIDENCE**

1.  Exhibit 100 – Cover Sheet;

2.  Declaration of Courtney E. Endwright dated January 17, 2025 [Exhibit 209];

3.  Redacted Declaration of Beverley C. Salahuddin Thompson dated January 17, 2025 [Exhibit 210];

4.  Redacted Declaration of Meggan Ehret dated January 17, 2025 [Exhibit 211];

5.  Redacted *Plaintiff's Response to Defendants' Addendum A* [Exhibit 212];

6.  Redacted Excerpts from Deposition of Beverley Thompson dated September 13, 2024 [Exhibit 213];

7.  Excerpts from Deposition of James Timothy Nussbuam, Esq. dated September 10, 2024 [Exhibit 214];

8.  Excerpts from Deposition of Mark Norris dated August 26, 2024 [Exhibit 215]; and

9.  Excerpts from Deposition of Brad Seifers dated August 19, 2024 [Exhibit 216].

Respectfully submitted,

*s/ Jamie A. Maddox*
Sandra L. Blevins, Atty. No. 19646-49
Jamie A. Maddox, Atty. No. 26522-49
Courtney E. Endwright, Atty. No. 30557-49

*Attorneys for Plaintiff Beverley C. Salahuddin Thompson*

BETZ + BLEVINS
One Indiana Square, Suite 1660
Indianapolis, Indiana 46204
Office: (317) 687-2222
Fax: (317) 687-2221
E-mail:    sblevins@betzadvocates.com
          jmaddox@betzadvocates.com
          cendwright@betzadvocates.com
          litigation@betzadvocates.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2025, a copy of the foregoing was served by electronic filing. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/ Jamie A. Maddox*
Jamie A. Maddox

BETZ + BLEVINS
One Indiana Square, Suite 1660
Indianapolis, IN 46204
Phone: (317) 687-2222
Fax: (317) 687-2221
Email: jmaddox@betzadvocates.com
       litigation@betzadvocates.com