UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BEVERLEY C. SALAHUDDIN THOMPSON, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:23-cv-02094-TWP-MKK ) |
| THE TRUSTEES OF INDIANA UNIVERSITY, et al., | ) ) ) ) ) |
| Defendants. | ) |

### ORDER

This matter comes before the Court on Plaintiff's Motion to Maintain Documents Under Seal, Dkt. [159]. Plaintiff seeks to maintain under seal the following documents filed in support of her Motion for Sanctions Against Defendants for Spoliation of Evidence, Dkt. [153]: Exhibits A, B, F, G, I, K, M, and N (Dkt. 156); and Exhibits 4, 6, 27, 60, 99, 105, 106, 109, 207, and 1006 (Dkt. 157). (Dkt. 159 at 1). Exhibits 105, 106, 207, and 1006 contain information designated as "Confidential" by Plaintiff. (*Id.* at 1–2). Plaintiff indicates that Exhibits A, B, F, G, I, K, M, and N (Dkt. 156) and Exhibits 4, 6, 27, 60, 99, and 109 (Dkt. 157) contain information designated as "Confidential" by Defendants. (*Id.* at 2).

Pursuant to Local Rule 5-11(d)(5), the designating party should have filed "a Statement Authorizing Unsealing of Document (or specific portions thereof) and/or a Brief in Support that complies with the requirements of subsection (e) and a redacted (confidential portions blacked out) public version of the document that

1

was designated as confidential and filed under seal" within 14 days of the Motion to Maintain Exhibits Under Seal. S.D. Ind. L.R. 5-11(d)(5). The Motion, Dkt. [159], was filed December 20, 2024. No statements, briefs, or redacted versions have been filed by the Defendants for Exhibits A, B, F, G, I, K, M, and N (Dkt. 156) and Exhibits 4, 6, 27, 60, 99, and 109 (Dkt. 157). However, maintaining this information under seal requires compliance with Local Rule 5-11(d) from those parties with the privacy interest.

Defendants have until **January 31, 2025**, to file a response to Plaintiff's Motion, Dkt. [159], compliant with Local Rule 5-11(d)(5). Plaintiff is reminded of her continuing obligation under Local Rule 5-11(d)(5) as well. S.D. Ind. L.R. 5-11(d)(3) ("If the designating party fails to file a supporting Statement or Brief, then the filing party must notify the court of that failure.").

The Court will provide further instructions regarding Exhibits 105, 106, 207, and 1006 when it rules on this Motion, Dkt. [159].

So **ORDERED**.

Date: 1/19/2025

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email