UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BEVERLEY C. SALAHUDDIN THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-02094-TWP-MKK |
| | ) | |
| THE TRUSTEES OF INDIANA UNIVERSITY, | ) | |
| GUNNAR ORTLIEB In his official capacity, | ) | |
| BRAD SEIFERS In his official capacity, | ) | |
| W. QUINN BUCKNER In his official capacity, | ) | |
| CINDY LUCCHESE In her official capacity, | ) | |
| CATHY LANGHAM In her official capacity, | ) | |
| MICHAEL J. MIRRO In his official capacity, | ) | |
| JEREMY A. MORRIS In his official capacity, | ) | |
| J. TIMOTHY MORRIS In his official capacity, | ) | |
| KYLE S. SEIBERT In his official capacity, | ) | |
| DONNA B. SPEARS In her official capacity, | ) | |
| VIVIAN WINSTON In her official capacity, | ) | |
| KWAN J. WALLACE In his official capacity, | ) | |
| JOSHUA A. EAL In his official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY AND ORDER FROM TELEPHONIC STATUS CONFERENCE

The Parties, by counsel, appeared for a telephonic status conference on January 27, 2025, with the Magistrate Judge. The Parties discussed case status and the Parties' Joint Motion to Extend Deadlines, Dkt. [193].

The Parties' Joint Motion to Extend Deadlines, Dkt. [193], is **GRANTED.** The deadlines are extended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Close of Non-Expert Discovery, Discovery relating to Liability | October 21, 2024 | May 30, 2025 |
| Statement of Claims and Defenses | October 28, 2024 | June 6, 2025 |
| Dispositive Motion Deadline | December 20, 2024 | August 15, 2025 |
| Plaintiff's Expert Disclosures | December 20, 2024 | August 22, 2025 |
| Defendants' Expert Disclosures | January 21, 2025 | September 26, 2025 |

1

| Final Witness and Exhibit Lists | February 20, 2025 | October 17, 2025 |
| --- | --- | --- |
| Close of Expert Witness Discovery, Discovery relating to Damages | March 20, 2025 | November 14, 2025 |
| Motions to limit or preclude expert testimony at trial | May 2, 2025 | December 19, 2025 |

As discussed during the conference, if a party intends to use expert testimony in connection with a motion for summary judgment, such expert disclosures must be served on opposing counsel no later than 90 days prior to the dispositive motion deadline. If such expert disclosures are served the parties shall confer within 7 days to stipulate to a date for responsive disclosures (if any) and completion of expert discovery necessary for efficient resolution of the anticipated motion for summary judgment. The parties shall make good faith efforts to avoid requesting enlargements of the dispositive motion deadline and related briefing deadlines. Any proposed modifications of the CMP deadlines or briefing schedule must be approved by the Court. (Dkt. 43 at 5).

Defendants indicated they intend to file a supplement to their Motion to Impose Sanctions Against Plaintiff's Counsel and Their Law Firm, (Dkt. 105). In the interests of judicial economy and with both parties' agreement, the Court **EXTENDS** Plaintiff's deadline to respond to Defendants' Motion to Impose Sanctions Against Plaintiff's Counsel and Their Law Firm, (Dkt. 105), and the anticipated supplement to **April 4, 2025**.

The Parties are **ORDERED** to file a joint motion to continue the final pretrial conference and trial dates **no later than February 5, 2025.**

The Court sets a telephonic status conference on **April 3, 2025,** at **3:30 PM (Eastern)** for this matter**.** The Court will contact counsel by separate email through the Court's electronic filing system with the call-in information to be used to participate in the conference.

IT IS SO ORDERED.

Date: 1/28/2025

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:
All ECF-registered counsel of record via CM/ECF