UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BEVERLEY C. SALAHUDDIN THOMPSON, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | No. 1:23-cv-02094-TWP-MKK |
| ) | |
| THE TRUSTEES OF INDIANA UNIVERSITY, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## ACKNOWLEDGEMENT OF WITHDRAWAL OF MOTION

The Court acknowledges the withdrawal of Defendants' Motion for Sanctions [ECF218] and the Motion for Sanctions [ECF105] is acknowledged as withdrawn.

Date: 3/13/2025

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF