UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BEVERLEY C. SALAHUDDIN THOMPSON, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> THE TRUSTEES OF INDIANA UNIVERSITY, ) <br> ) <br> *Defendant*. ) | No. 1:23-cv-02094-TWP-MKK |

## NOTICE OF CORRECTED DECLARATION OF OFFICER NORRIS

Defendant, the Trustees of Indiana University, hereby files its Corrected Declaration of Officer Norris in support of Defendant's Response in Opposition to Sanctions, [Filing No. 170], and respectfully states as follows:

1. On January 6, 2025, Defendant filed its Response in Opposition to Sanctions, [Filing No. 170], which included the Declaration of Mark Norris, [Filing No. 167-6]. Officer Norris' Declaration noted, amongst other things, that Plaintiff's Application for Benefits - Sex Crime Victims Services Fund, [Filing No. 157-7], had not been located in the IU Police Department's Records.

2. Subsequently, the IU Police Department located a document which it believes is a version of that document that was redacted before coming into the custody of the IU Police Department. A true and correct copy of that document is attached hereto. [Filing No. 226-2.]

3. In order to update the record with this newly discovered evidence, the Trustees of Indiana University respectfully proffer this Corrected Declaration of Officer Norris, which is attached hereto. [Filing No. 226-1.]

*/s/ John R. Maley*
John R. Maley
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
*Counsel for Defendant*