# APPLICATION FOR BENEFITS
## SEX CRIME VICTIM SERVICES FUND
State Form 241 (R11 / 5-19)



case 21-3161

**INSTRUCTIONS:**
1. Remove the information sheet and prescription identification card. Give both to the patient and ask them to read it prior to completing the application for benefits.
2. Attach a copy of the patient's complete Emergency Room record from the date of examination.
3. Attach an itemized bill to this application.

**SAK Serial Number:** IN21-LL685

*If you have questions or concerns, please contact the Indiana Criminal Justice Institute at 317-232-1233.*

Send **ORIGINAL WHITE** copy to: Indiana Criminal Justice Institute, 101 W. Washington St. Suite 1170 - East Tower, Indianapolis, IN 46204.

### A. Consent (To be completed by patient or guardian.) Initial by each item to indicate consent and understanding.

____ 1. I have read and understand the attached letter explaining the sex crime victim services fund.

____ 2. I authorize this facility, its physicians, agents, and employees to examine me in relation to an alleged sexual assault, and to conduct tests for that purpose.

____ 3. I authorize this hospital to release a completed copy of this application/report with any evidence of sexual assault, including, but not limited to, my clothing, laboratory specimens and medical records of this date to (law enforcement agency): **IU University Police**

____ 4. I authorize the release of this application and medical records of this date to the sex crime victim services fund for the purpose of evaluation and payment.

**NA** 5. If this case involves a minor, I authorize the appropriate Child Protective Services caseworker or law enforcement to release information regarding this investigation to the Indiana Criminal Justice Institute.

| Signature of patient or guardian | If patient is a minor, relationship to signee: NA | Date (mm/dd/yyyy): 10/13/2021 |
|---|---|---|

### B. Identifying Information (To be completed by hospital personnel.)

Is the patient a minor? If patient is seventeen (17) or under, you must report to law enforcement or Child Protective Services. ☐ Yes ☒ No

| Name of patient: [redacted] | Name of parent or guardian (if patient is a minor): NA |
|---|---|

| Gender: ☒ Female | Race of Patient: [redacted] | Marital Status: Single | Date of birth: [redacted] | Date of assault / abuse: 10/13/2021 |
|---|---|---|---|---|

Address (Street, City, State, ZIP Code): [redacted]

### C. Information about the assault (To be completed by hospital personnel.)

Is the patient reporting to law enforcement?** ☐ Yes ☒ No

| If reported, date reported to law enforcement: NA | Exact location of assault: Unknown |
|---|---|

| Name of agency notified: NA | Name of officer / case worker reporting: NA |
|---|---|

| Case Number Assigned: NA | Approximate time assault occurred: ☐ AM ☐ PM | Date arrived at hospital: 10/13/2021 | Date evidence collected: 10/13/2021 |
|---|---|---|---|

| Suspect's Name (if known / applicable): NA | Relationship to patient / victim: Unknown |
|---|---|

| Does patient / victim know the suspect(s)? NA ☐ Yes ☒ No | Race of Suspect (if known)*: NA Unknown |
|---|---|

**Type of sexual trauma (check all that apply):**
☐ Vaginal  ☐ Child Molestation (under sixteen (16))  ☐ Oral  ☐ Anal
☒ Unknown  ☐ Other (specify):

**Type of evidence collected (check all that apply):**
☒ Sexual Assault (SA) Kit  ☐ Clothing  ☒ Medical Forensic Examination
☒ Patient History  ☐ Other (specify):

Was the collected evidence transferred to law enforcement? ☒ Yes ☐ No

Date of evidence transfer to law enforcement: 10/13/2021

| Name of transporting officer: Mark Norris | Badge Identification number: 38 |
|---|---|

Signature of transporting officer: [signature]

### D. Service Provider information (To be completed by hospital personnel.)

| Patient Account Number: [redacted] | Was the patient admitted for inpatient care? ☐ Yes ☒ No |
|---|---|

| Was the patient transferred from another facility? ☐ Yes ☒ No | Name of transferring facility: NA |
|---|---|

| Name of provider performing the exam: Melanie Hamilton | Telephone: (812) 353-9515 |
|---|---|

Signature of provider: [signature]

E-mail:

*Included for research purposes only. **Reporting is mandatory for all children ages seventeen (17) and younger.

**DISTRIBUTION:** Instruction Page – Patient;  White – ICJI;  Canary – Law Enforcement Agency;  Pink - Hospital