IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BEVERLEY C. SALAHUDDIN THOMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:23-cv-02094-TWP-MKK |
| | ) |
| THE TRUSTEES OF INDIANA UNIVERSITY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF INTENT TO PROMPTLY SUPPLEMENT RECORD
WITH NEW DEPOSITION TESTIMONY RELEVANT TO PENDING
MOTION FOR SANCTIONS [ECF153]**

Defendants respectfully notify the Court that Plaintiff's recent depositions of additional IU witnesses have elicited new record evidence relevant to Plaintiffs' Motion for Sanctions alleging spoliation of evidence. [ECF 153] Upon receipt of the relevant transcripts from these recent depositions, Defendants will prepare and promptly submit key excerpts that Defendants contend refute assertions made by Plaintiff in the Motion and briefing. Defendants request that the Court defer ruling on the Motion until receipt of this new record evidence.

Respectfully submitted,

*/s/ John R. Maley*
John R. Maley
Amanda Jane Gallagher
Charity Seaborn
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone: (317) 231-7464
Facsimile: (317) 231-7433
Email: jmaley@btlaw.com
amanda.gallagher@btlaw.com
charity.seaborn@btlaw.com

*Counsel for Defendants*