IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BEVERLEY C. SALAHUDDIN THOMPSON, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> THE TRUSTEES OF INDIANA UNIVERSITY, ) <br> *et. al.*, ) <br> ) <br> *Defendants*. ) | Case No. 1:23-cv-02094-TWP-MKK |

## ORDER TERMINATING DISMISSED PARTIES

Presently before the Court is Defendants' Motion requesting that Defendants Gunnar Ortlieb, Brad Seifers, W. Quinn Buckner, Cindy Lucchese, Cathy Langham, Michael J. Mirro, Jeremy A. Morris, J. Timothy Morris, Kyle S. Seibert, Donna B. Spears, Vivian Winston, Kwan J. Wallace, and Joshua A. Eal (collectively, the "Individual Defendants") be terminated as parties from the docket in this matter following the Court's dismissal order. [Filing No. 163.]

Because no claims presently remain pending against the Individual Defendants, Defendants' Motion is **GRANTED**. The Clerk is **DIRECTED to TERMINATE** Gunnar Ortlieb, Brad Seifers, W. Quinn Buckner, Cindy Lucchese, Cathy Langham, Michael J. Mirro, Jeremy A. Morris, J. Timothy Morris, Kyle S. Seibert, Donna B. Spears, Vivian Winston, Kwan J. Wallace, and Joshua A. Eal as Defendants on the docket.

SO ORDERED.

Date: 4/9/2025

                                                    Hon. Tanya Walton Pratt, Chief Judge
                                                    United States District Court
                                                    Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF